IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| FRANK VISCONTI, ) | Case No. 20-20111 |
| Debtor. ) | Chapter 7 |

REQUEST FOR SERVICE OF NOTICE

TO:    Chapter 7 Trustee                             Office of the U.S. Trustee
       Ilene F. Goldstein                            Patrick S. Layng
       Law Offices of Ilene F. Goldstein             USTPRegion11.ES.ECF@usdoj.gov
       lfgcourt@aol.com

       David M. Siegel                               Cari A. Kauffman
       David M. Siegel & Associates                  Sorman & Frankel, Ltd.
       davidsiegelbk@gmail.com                       ckauffman@sormanfrankel.com

       William F. McCormick
       Tennessee Attorney General's Office
       bill.mccormick@ag.tn.gov

Pursuant to Rule 2002(g), Creditor, Business Solutions Group, LLC, hereby requests that all notices, pleadings, and other documents filed in this case be served upon said creditor as follows:

        Business Solutions Group, LLC
        c/o Colleen G. Thomas
        Thomas Law Office
        Collections@CGTLaw.com


        By:    /s/ Colleen G. Thomas,
                   Attorney for Creditor,
                   Business Solutions Group, LLC

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she delivered this Request for Notice to the above-named persons and firms by electronic mailing on January 18, 2021.

/s/  Colleen G. Thomas

Colleen G. Thomas/06226227
Thomas Law Office
30 North Western Avenue
Carpentersville, IL 60110
(847) 426-7990
Collections@CGTLaw.com