**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20- 20111 |
| | ) | |
| Frank Visconti | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

<u>NOTICE OF MOTION</u>

TO:   See Attached Service List

. **PLEASE TAKE NOTICE** that on **April 23, 2021 at 11:00 a.m.**, I will appear before the Honorable A Benjamin Goldgar or any judge sitting in that judge's place, and present the **TRUSTEE'S MOTION TO DISMISS PETITION <u>DISMISS WITH NOTICE UNDER LOCAL RULE 2002-1</u>** . **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password. The meeting ID for this hearing is <u>160 817 7512</u> and the password is <u> 623389 </u>**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to these motions** and want it called on the presentment date above, **you must file a Notice of Objection no later than two (2) business days before that date**. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

        Ilene F. Goldstein, as Trustee for
        the Estate of Frank Visconti

        By:   /s/ Ilene F. Goldstein
            One of Her Attorneys

Iene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
950 Skokie Blvd, Suite 211
Northbrook, IL 60062
(847) 562-9595

# CERTIFICATE OF SERVICE

Statement on service list regarding serving docs electronically

     I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **TRUSTEE'S MOTION TO DISMISS PETITION DISMISS WITH NOTICE UNDER LOCAL RULE 2002-1**, on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **TRUSTEE'S MOTION TO DISMISS PETITION DISMISS WITH NOTICE UNDER LOCAL RULE 2002-1**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 4:00 p.m. on March 15, 2021.

                                                                   /s/ Ilene F. Goldstein
                                                                   Ilene F. Goldstein

# SERVICE LIST

**U.S. Trustee**                            **Via Court's Electronic Notice for Registrants**
Jeffrey L. Gansberg
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Attorneys for Debtor**             **Via Court's Electronic Notice for Registrants**
David M Siegel

David M Siegel & Assoc

790 Chaddick Drive

Wheeling, IL 60090

**Debtor**                                   **Via First Class Mail**

Frank Visconti

13595 Lucky Lake Drive
Lake Forest, IL 60045

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-20111 |
| | ) | |
| Frank Visconti | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

## **TRUSTEE'S MOTION TO DISMISS WITH NOTICE UNDER LOCAL RULE 2002-1**

ILENE F. GOLDSTEIN, Trustee of the Estate of Frank Visconti ("Trustee"), by and through her undersigned counsel, moves this Court for the entry of an Order dismissing this case pursuant to 11 U.S.C. § 707 and in support thereof states as follows:

1. Frank Visconti filed his voluntary petition for relief under Chapter 7 on November 12, 2020.

2. Ilene F. Goldstein has been appointed Trustee of the Debtor's Estate.

3. The Debtor did not appear at the First Meeting of Creditors claiming illness. A continued meeting was granted by the Trustee.

4. The Debtor did not appear at the continued scheduled Meetings of Creditors. A second continued meeting was granted by the Trustee. The case was therefore continued three times. The night before the third meeting Debtor's counsel requested a fourth continuance due to the inability of the Debtor to provide mandatory 341 documents. The Trustee refused the continuance. The next morning the day of the scheduled hearing the Trustee received an email indicating that the documents would be delivered. The Trustee rejected that offer for many reasons including the suspicious nature of the response only after the Trustee advised of her intent to dismiss, the likelihood based on the information contained in the email that the Tax returns may not have even been filed with the appropriate authorities; the delay

caused by the Debtor, and the knowledge that these documents were necessary even before the Debtor filed the instant bankruptcy.

5. The docket suggests that this Debtor has filed 8 bankruptcies in the last 25 years. Further these required documents was known to Debtor's counsel and presumably the Debtor before the case was filed. Further, this is not a simple case as there are numerous business interests. The Debtor has failed to comply with his their requirements as a Debtor.

WHEREFORE, the Trustee, Ilene F. Goldstein, prays for the entry of an order:

1. Dismissing the Debtors' case;

2. For such other and further relief as the Court deems just and proper.

DATED: March 13, 2021

                          Ilene F. Goldstein, Trustee of the
                          Estate of Frank Visconti

                          By:   /s/ Ilene F. Goldstein
                                One of Her Attorneys

Law Offices of Ilene F. Goldstein, Chartered
950 Skokie Blvd, Suite 211
Northbrook, IL 60062
(847) 562-9595